01
02
03
04
05
06
07
08

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

09 BILLY WAYNE RICHMOND,

10                          Plaintiff,          Case No.   C12-0900-MJP-MAT

11       v.

12 SCOTT FRAKES, *et al*.,                      REPORT AND RECOMMENDATION

13                          Defendants.

14

15        On May 23, 2012, 2012, plaintiff Billy Wayne Richmond submitted to this Court for

16 filing a proposed civil rights complaint.  (*See* Dkt. No. 1.)   However, plaintiff failed to submit

17 with his complaint either an application to proceed *in forma pauperis* or the requisite filing fee.

18 On May 24, 2012, the Clerk sent plaintiff a letter advising him that his submission was deficient

19 and that he would have to either pay the filing fee, or submit an appropriate application to

20 proceed *in forma pauperis*, not later than June 25, 2012 or face dismissal of this action. (Dkt.

21 No. 2.)   This letter was subsequently returned to the Court by the United States Post Office

22 because it was improperly addressed.   (*See* Dkt. No. 4.)

REPORT AND RECOMMENDATION
PAGE - 1

01          On June 11, 2012, the Clerk's Office sent a second letter to plaintiff, once again

02   advising him that his submission was deficient and that he would have to either pay the filing

03   fee, or submit an appropriate application to proceed *in forma pauperis*, or face dismissal of this

04   action.   (Dkt. No. 5.)   The Clerk's Office established a new deadline of July 11, 2012.   (*Id.*)

05   To date, plaintiff has made no effort to correct his filing fee deficiency.

06          As plaintiff has had ample time to correct the deficiency, but has failed to do so, this

07   Court recommends that the instant action be dismissed without prejudice for failure to

08   prosecute.   A proposed Order accompanies this Report and Recommendation.

09          DATED this 17th day of August, 2012.

10

11

12                                             Mary Alice Theiler
                                              United States Magistrate Judge
13

14

15

16

17

18

19

20

21

22

REPORT AND RECOMMENDATION
PAGE - 2