UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BILLY WAYNE RICHMOND,

        Plaintiff,

v.

SCOTT FRAKES, et al.,

        Defendants.

Case No. C12-0900-MJP

ORDER DISMISSING ACTION

The Court, having reviewed the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) This action is DISMISSED without prejudice for failure to prosecute; and

(3) The Clerk is directed to close this action and to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 26 day of Sept, 2012.

MARSHA J. PECHMAN
Chief United States District Judge

ORDER DISMISSING ACTION
PAGE - 1